UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSE M. ORTIZ,

    Plaintiff,
v.                              Case No. 8:11-cv-731-T-33EAJ

PALLET ASSOCIATION CORP.,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the report and recommendation of Elizabeth A. Jenkins, United States Magistrate Judge, (Doc. # 3) filed on April 13, 2011, recommending that Plaintiff's Motion to Proceed *in forma pauperis* (Doc. # 2), be denied and further recommending that this action be dismissed for failure to state a claim on which relief may be granted.

No objections have been filed, and the time for the submission of objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de*

*novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge. In addition, the Court specifically finds that it lacks subject matter jurisdiction over the complaint, which seeks reconsideration of the denial of Florida unemployment benefits.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 3) is **ACCEPTED** and **ADOPTED.**

(2) Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2) is **DENIED,** and Plaintiff's complaint (Doc. # 1) is **DISMISSED.**

(3)   The Clerk shall **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>9th</u> day of May 2011.

*[Signature]*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record